UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61923-CIV-SMITH

ABS-CBN CORPORATION, *et al.*,

    Plaintiffs,

vs.

TFCTVLIVE.COM, *et al.*,

    Defendants.

_____/

## ORDER GRANTING MOTION TO UNSEAL

THIS CAUSE came before the Court upon Plaintiffs' Motion to Unseal [DE 13]. Plaintiffs request that all documents filed with the Court that have been restricted from the Court docket be unsealed as a seal on this matter is no longer required. Accordingly, after careful consideration, it is

**ORDERED** that:

1. Plaintiffs' Motion to Unseal [DE 13] is **GRANTED**.

2. The Clerk of Court is hereby **DIRECTED** to **UNSEAL** all prior docket entries in this case and return those portions of the Court file to the public records.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 21st day of August, 2019.

                                                RODNEY SMITH
                                                UNITED STATES DISTRICT JUDGE

cc: Counsel of Record